DISSENTING OPINION BY
Judge P. KEVIN BROBSON.
An arbitration award that touches on a managerial prerogative can only be set aside where it “unduly infringes” upon that managerial right. City of Phila. v. Int’l Ass’n of Firefighters, Local 22, 606 Pa. 447, 999 A.2d 555, 571 (2010). The majority finds that enforcement of the minimum shift manning provision in paragraph 3 of the award will unduly restrict the managerial rights of the City of Allentown (City). Although I can agree that the minimum shift manning provision touches on a managerial prerogative of the City, I find no record evidence to support the conclusion that it unduly .infringes on the same. Without record evidence of the impact that implementation of the minimum shift manning provision of the award will have on the City’s ability to determine the level of fire protection it wishes or can afford, I cannot conclude that the arbitration panel erred under the narrow certiorari scope of review. I, therefore, respectfully dissent from Part III.A. of the majority opinion.